1  David J. Kaminski, Esq. (State Bar No. 128509)
   KaminskiD@cmtlaw.com
2  Edgar De Vera, Esq. (State Bar No. 198133)
   DeveraE@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant
   GLOBAL CREDIT & COLLECTION CORP.
7  AKA GLOBAL INTERNATIONAL

**FILED**

MAY 27 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BRENT JACHENS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GLOBAL CREDIT & COLLECTION CORP.,<br><br>　　　　　Defendant. | CASE NO. 2:11-CV-00194-JAM-JFM<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES**<br><br>[FILED CONCURRENTLY WITH [PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, JOHN BRENT JACHENS ("Plaintiff") and Defendant, GLOBAL CREDIT & COLLECTION CORPORATION ("Defendant") through their respective counsel of record, that Plaintiff Plaintiff shall dismiss, with prejudice, the above-entitled lawsuit in its entirety as to all

///
///
///

1

STIPULATION RE: DISMISSAL OF ENTIRE ACTION
06587.00/174336                                                    CASE NO. 2:11-CV-00194-JAM-JFM

1  parties named therein, pursuant to FRCP 41(a)(1).

2  DATED: March 9, 2011                     CARLSON & MESSER LLP

4                                            By: /s/ Edgar N. De Vera
                                               David J. Kaminski
5                                              Edgar N. De Vera
                                               Attorneys for Defendant,
6                                              GLOBAL CREDIT & COLLECTION CORP.
                                               AKA GLOBAL INTERNATIONAL

8  DATED: March 9, 2011                     IN PRO PER

10                                           By: /s/ John Brent Jachens
11                                             John Brent Jachens

06587.00/174336                STIPULATION RE: DISMISSAL OF ENTIRE ACTION
                                                    CASE NO. 2:11-CV-00194-JAM-JFM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BRENT JACHENS,<br><br>        Plaintiff,<br><br>vs.<br><br>GLOBAL CREDIT & COLLECTION CORP.,<br><br>        Defendant. | CASE NO. 2:11-CV-00194-JAM-JFM<br><br>[~~PROPOSED~~] ORDER REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

Having considered the parties' Stipulation of Dismissal, the above entitled Action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear its own costs and expenses.

IT IS SO ORDERED

DATED: MAY 26, 2011

*/s/ signature*
UNITED STATES DISTRICT JUDGE

1

PROPOSED OR RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION
06587.00/174337                                              CASE NO. 2:11-CV-00194-JAM-JFM